UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKELINE MAYNARD, Mother and next friend of D.M., a minor, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | Civil Action No. 08-0258 (RBW) |
| DISTRICT OF COLUMBIA, *et al.*, ) ) ) | |
| Defendants. ) ) | |

## DEFENDANTS' MOTION TO DISMISS COMPLAINT

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 12(b)(1), move that the Complaint herein, filed February 15, 2008, be dismissed. As shown in the accompanying memorandum of points and authorities, consideration of the matters raised in the Complaint is barred by the applicable statutory limitations period. A proposed order is also attached.

                                                Respectfully submitted,

                                                PETER J. NICKLES
                                                Interim Attorney General for the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

                                                /s/ Edward P. Taptich
                                                EDWARD P. TAPTICH  (#012914)
                                                Chief, Equity Section II
                                                441 4th Street, NW, 6th Fl. South
                                                Washington, D.C. 20001
                                                (202) 724-7334

February 25, 2008                            Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JACKELINE MAYNARD, Mother and next friend of D.M., a minor,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0258 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS COMPLAINT**

    The Plaintiff appeals to this Court to reverse an administrative Hearing Officer Decision (HOD) issued pursuant to the Individuals with Disabilities Education Improvement Act of 2004 ("IDEIA"), 20 U.S.C. § 1400 *et seq*. The Complaint is time barred and must be dismissed.

    Under IDEIA, "[t]he party bringing the action [for judicial review of an HOD] shall have 90 days from the date of the decision of the hearing officer to bring such an action." 20 U.S.C. § 1415(i)(2)(B). The HOD here involved (attached to the Complaint) was issued October 31, 2007. See Complaint, attachment, p. 4 of 4. Thus, any appeal of that HOD under IDEIA was required to be filed not later than January 29, 2008.

    The Complaint herein, however, was filed February 15, 2008 – 17 days late.[1]

---

[1] The efile docket and the summons herein bear a February 15 date. On undersigned counsel's served copy of the Complaint there appears to be a crossed-out January 31 Court received date stamp. Even if that January 31 date were somehow deemed the date the Complaint had been filed, the submission would still have been 2 days after the limitations period had expired.

2

The limitations period having expired, the Court is without subject matter jurisdiction to entertain this action, and must dismiss the Complaint forthwith.  E.g., <u>J.S. v. District of Columbia</u>, Civ. No. 07-1265 (D.D.C., Feb. 7, 2008) (court must dismiss an IDEIA complaint filed after 90 days from HOD issued date); <u>Smith v. District of Columbia,</u> 496 F.Supp.2d 125, 128 (D.D.C. 2007) (same); <u>R.P. v. District of Columbia</u>, 474 F.Supp.2d 152, 153 (D.D.C. 2007) (same).  See also <u>T.T. v. District of Columbia,</u> Civ. No. 05-2259 (D.D.C., Feb. 12, 2008) (Order to Show Cause).

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        <u>/s/ Edward P. Taptich</u>
        EDWARD P. TAPTICH  (#012914)
        Chief, Equity Section II
        441 4th Street, NW, 6th Fl. South
        Washington, D.C. 20001
        (202) 724-7334

        Counsel for Defendants

February 25, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JACKELINE MAYNARD, Mother and next friend of D.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0258 (RBW)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

On consideration of the Defendants' motion to dismiss the complaint herein, filed February 25, 2008, and any responses thereto, it is, this __ day of _____, 2008,

**ORDERED**, that the Defendants' motion is GRANTED, and it is

**FURTHER ORDERED**, that the Complaint herein is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

4