U.S. DISTRICT ~~CLERK~~ COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CLERK
US DISTRICT & BANKRUPTCY COURTS
2008 FEB 26 PM 1: 47
RECEIVED

AFFIDAVIT

JACKELINE MAYNARD, MOTHER & NEXT FRIEND OF THE MINOR CHILD DM
_____
Plaintiff

VS.

CASE NO. 08 0258

CESAR CHAVEZ, PCS
~~Defendant~~

I, Edwin Jarnagin, having been duly authorized to make service of Summons and Complaint in the above entitled case hereby depose and says:
That my age is 60 and date of birth is 3/4/48
That my residential address is Washington, DC
That my business address is 1617 Holbrook St. N.E. Apt 1
That I am not a party to or otherwise interested in this suit

That at 2:00 PM O'clock, on the 19 day of February 2008, I served the within named defendant(s) CESAR CHAVEZ PCS by leaving a copy of the Initial Order & Summons of Complaint at his/her usual place of abode or employment at:

3701 HAYES St. NE, Washington, D.C., with MARK STURDIVANT / VICE PRINCIPAL AUTHORIZED TO ACCEPT, a person of reasonable age and discretion, then residing therein as directed by the plaintiff.

| | Race | Sex | Height | Weight | AGE |
|---|---|---|---|---|---|
| Description | B | M | 6'4" | 300 | 37 |

Signature of Process Server

Subscribe and sworn to before me this 20th day of February 2008

Notary Public/~~Deputy Clerk~~

Cesar Chavez Public Charter School
3701 Hayes St. NE

Serve on: ± /s/ Mark Sturdivant

** ATTEMPTS ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

DATE    TIME    COMMENTS

1. __/__/__  __:__ am pm  _____
2. __/__/__  __:__ am pm  _____
3. __/__/__  __:__ am pm  _____
4. __/__/__  __:__ am pm  _____
5. __/__/__  __:__ am pm  _____
6. __/__/__  __:__ am pm  _____

** ACTUAL SERVICE ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

Date: 2/19/08   Time: 2:00 am/(pm)

If substitute: SERVED ON: Mark Sturdivant   RELATIONSHIP: Vice Principal

Address if different from above: _____

Age: 32  Sex: (M) F  Race: B W H A  B  Ht: 6'4"  Wt: 200  Hair: Bald  Eyes: Brown

Comments: _____

U.S. DISTRICT ~~COURT~~ COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CLERK
US DISTRICT & BANKRUPTCY COURTS
2008 FEB 26 PM 1: 47
RECEIVED

AFFIDAVIT

JACKELINE MAYNARD, MOTHER & NEXT FRIEND OF THE MINOR CHILD DM
_____
Plaintiff

VS.                                                              CASE NO. 08 0258 RBW

OFFICE OF ATTORNEY GENERAL FOR D.C.
_____
Defendant

I, Edwin Jarnagin, having been duly authorized to make service of Summons and Complaint in the above entitled case hereby depose and says:
 That my age is 60 and date of birth is 3/14/47
 That my residential address is Washington, DC
 That my business address is 1617 Holbrook St. N.E. Apt 1
 That I am not a party to or otherwise interested in this suit

That at 4:45PM O'clock, on the 19 day of FEBRUARY 2008, I served the within named defendant(s) OFFICE OF ATTY GENERAL FOR DC by leaving a copy of the Initial Order & Summons of Complaint at his/her usual place of abode or (employment) at:

441 4TH St. NW 6TH FLOOR, Washington, D.C., with GALE RIVER / PA AUTHORIZED TO ACCEPT, a person of reasonable age and discretion, then residing therein as directed by the plaintiff.

|  | Race | Sex | Height | Weight | AGE |
|---|---|---|---|---|---|
| Description | B | F | 5'2" | 130 | 48 |

Edwin Jarnagin
Signature of Process Server

Subscribe and sworn to before me this 20th day of February 2008

Rosanna Settles
Notary Public/~~Deputy Clerk~~

Office of Attorney General
441 4th St. NW 6th Floor

Serve on: ✗ Gale Rivers

** ATTEMPTS ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

DATE   TIME        COMMENTS

1. __/__/__  __:__ am pm  _____
2. __/__/__  __:__ am pm  _____
3. __/__/__  __:__ am pm  _____
4. __/__/__  __:__ am pm  _____
5. __/__/__  __:__ am pm  _____
6. __/__/__  __:__ am pm  _____

** ACTUAL SERVICE ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

Date: 2/19/08   Time: 4:45 am/(pm)

If substitute: SERVED ON: Gale Rivers   RELATIONSHIP: R/A

Address if different from above: _____

Age: 48  Sex: M (F)  Race: B W H A  B   Ht: 5'2"  Wt: 130  Hair: BC  Eyes: Br

Comments: _____

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

2008 FEB 26 PM 1: 47

AFFIDAVIT

RECEIVED

JACKELINE MAYNARD, MOTHER NEXT FRIEND TO THE MINOR CHILD D.M
_____
Plaintiff

VS.

CASE NO. 08 0258

MAYOR ADRIAN FENTY
_____
Defendant

I, Edwin Jarnagin, having been duly authorized to make service of Summons and Complaint in the above entitled case hereby depose and says:
That my age is 60 and date of birth is 3/14/47
That my residential address is Washington, DC
That my business address is 1617 Holbrook St. N.E. Apt 1
That I am not a party to or otherwise interested in this suit

That at 3:50 PM O'clock, on the 19 day of FEBRUARY 2008, I served the within named defendant(s) MAYOR ADIAN FENTY by leaving a copy of the Initial Order & Summons of Complaint at his/her usual place of abode or (employment) at: 1350 PENNSYLVANIA AVE, NW 4TH FLR Washington, D.C., with OFFICE OF THE SECRETARY/ALETHIA THOMPSON - EXECUTIVE ASST AUTHORIZED TO ACCEPT, a person of reasonable age and discretion, then residing therein as directed by the plaintiff.

|  | Race | Sex | Height | Weight | AGE |
|---|---|---|---|---|---|
| Description | B | F | 5'11" | 200 | 32 |

Signature of Process Server

Subscribe and sworn to before me this 20th day of February, 2008

Notary Public/Deputy Clerk

MAYOR ADRIAN FENTY
1350 PA. AVE. NW 4TH FLOOR
C/O OFFICE OF THE SECRETARY

Serve on: + Arletthia Thompson

** ATTEMPTS ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

DATE    TIME    COMMENTS

1. __/__/__  __:__ am pm  _____
2. __/__/__  __:__ am pm  _____
3. __/__/__  __:__ am pm  _____
4. __/__/__  __:__ am pm  _____
5. __/__/__  __:__ am pm  _____
6. __/__/__  __:__ am pm  _____

** ACTUAL SERVICE ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

Date: 2/19/08   Time: 3:50 am/(pm)

If substitute: SERVED ON: Arlethia Thompson   RELATIONSHIP: Executive Asst.

Address if different from above: _____

Age: 32  Sex: M (F)  Race: B W H A   B   Ht: 5'11"  Wt: ____  Hair: BR  Eyes: BL

Comments: _____