UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACKELINE MAYNARD, Mother and )
Next friend of D.M., a minor, )
                                        )
Plaintiff, )
                                        ) Civil Action No. 08-0258 (RBW)
v. )
                                        )
DISTRICT OF COLUMBIA, *et al.*, )
                                        )
Defendants. )
_____)

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT

Pursuant to Fed. R. Civ. P. 7, Plaintiff by counsel opposes defendant's motion to dismiss and states that the court has jurisdiction to hear the case. Pursuant to LcvR 7.1(b) opposing points and authorities, and a proposed order is also attached.

                                        Respectfully submitted,
                                        Law offices of Olekanma A. Ekekwe, PC

                                        __/s/Olekanma Ekekwe__
                                        Olekanma Ekekwe, Esq.
                                        DC Bar No. 479967
                                        Law offices of Olekanma A. Ekekwe, PC
                                        1001 Pennsylvania Avenue NW, Suite 160600
                                        Washington, DC 20004
                                        (202) 742-6694(O)
                                        (1800) 524-2370(F)
                                        academy@olekanmalw.com

## CERTIFICATE OF SERVICE

I certify that a copy of plaintiff's opposition to defendants' motion to dismiss is served electronically the attorney of record for defendants, on this day February 4, 2008.

                                        __/s/Olekanma Ekekwe__
                                        Olekanma Ekekwe, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKELINE MAYNARD, Mother and Next friend of D.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0258 (RBW)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT

The Plaintiff appeals to this Court to reverse an administrative Hearing Officer Decision (HOD) issued pursuant to the Individuals with Disabilities Education Improvement Act of 2004 ("IDEIA"), 20 U.S.C. § 1400 *et seq*. Under IDEIA, "[t]he party bringing the action [for judicial review of an HOD] shall have 90 days from the date of the decision of the hearing officer to bring such an action." 20 U.S.C. § 1415(i) (2) (B).

The HOD here involved (attached to the Complaint) was issued October 31, 2007. The appeal should be filed on or before February 1, 2008. Plaintiff's complaint was within the 90 days appeal time line. Plaintiff initially filed the Complaint on January 31, 2008. (Defendant acknowledged noticing the stamped date of filing.) However, due to negligible error such as not placing two punch holes on top of the document and the court did not accept the filing. Please see exhibit 1.

Individuals with Disabilities Education Improvement Act of 2004 ("IDEIA"), 20 U.S.C. § 1400 *et seq.*, Fed. R. Civ. P. 60(b)(1) and 61 would enable the Court to retain jurisdiction of a case where excusable neglect was involved.

Upon correction of the deficiency, the complaint was accepted for filing by the Court. Defendants were properly served with complaint and summon.

In T.T v. District of Columbia, Civ No. 05-2259., the Court denied Defendants' motion to dismiss and summary judgment.

Likewise, in this case, the Court should also deny Defendants' motion to dismiss.

**WHEREFORE**, Plaintiff respectfully requests the Court not to grant the relief sought by defendants.

Respectfully submitted,
Law offices of Olekanma A. Ekekwe, PC

/s/Olekanma Ekekwe
Olekanma Ekekwe, Esq.
DC Bar No. 479967
Law offices of Olekanma A. Ekekwe, PC
1001 Pennsylvania Avenue NW, Suite 160600
Washington, DC 20004
(202) 742-6694(O)
(1800) 524-2370(F)
academy@olekanmalw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKELINE MAYNARD, Mother and next friend of D.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0258 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

On consideration of the Defendants' motion to dismiss the complaint and the opposition thereto, good cause haven been shown, it is, this ___ day of _____, 2008,

**ORDERED**, that the Defendants' motion is **Denied**, and it is

**FURTHER ORDERED**, that Defendants shall file an answer to Plaintiff's Complaint no later than April 4, 2008.

_____
JUDGE REGIE B. WALTON

CO-2
Rev. 2/05

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JACKS GNE  HAYNARD
_____
Plaintiff

vs.

D.C. GOT.
_____
Defendant

**EXHIBIT 1**

## ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure and/or the Local Rules of this Court. The papers are deficient in the following respects:

[ ]   Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word **COMPLAINT must** appear under the caption.

[ ]   All parties to the suit **must** be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant. Please provide the address of each named defendant. Your **name**, **address**, and **telephone number** must appear in the caption. STAPLED & TWO-HOLE PUNCHED @ TOP

[ ]   Your complaint **must** be legibly handwritten or typed on white letter-size (8 ½ x 11 inch) paper. Do not write on the back of the page. Your complaint **must** be double spaced. If you are requesting a jury trial, the jury demand must be stated in your complaint.

[ ]   You **must** sign, in ink, your complaint. with an original signature. Original plus one copy of your complaint must be submitted.

[ ]   The fee for filing your complaint is $350.00. Please make your check or money order payable to: "Clerk, U.S. District Court."

[ ]   Only an attorney may represent someone other than.

[ ]   Attorney is not a member of the bar of this Court and did not present papers pursuant to Local Rule 83.8(a).

[ ]   Attorney is a member of our bar but is not in good standing. Therefore, we are unable to accept the pleadings at this time. Please contact Attorney Admissions Office at (202) 354-3107

[ ]   A petition for Writ of Habeas Corpus or a Complaint under 42 U.S.C. § 1983, submitted by anyone incarcerated in a District of Columbia facility, **must** be submitted on Court approved forms. The appropriate forms are enclosed.

[ ]   You have not complied with conditions of the Order by Judge _____ on _____. A copy of the order is enclosed.

[X]   OTHER: *We have left (2) voice mail messages for Atty. Ekekwe on 2-1-08 @ 8:13 AM and again @ 11:16. As of 1:00 PM on 2-1-08 no return calls received. Your related case form submitted does not have a caption and case # that match. Case # 97-24 belongs to a different case? Complaint needs filed in duplicate. Related case form, with correct information, needs filed in duplicate. Your civil cover sheet, related case form and complaint needs to be on a disk in PDF format when filing. Your check # 1141 is attached.*

**NOTE:**   **DO NOT** send pleadings directly to a Judge's chambers. All pleadings must be processed by the Clerk's Office to ensure efficient and timely filing. Pursuant to Local Rule 5.1(b), correspondence is not to be filed and should not be directed to chambers unless specifically requested.

For the foregoing reason(s), your papers are herewith returned unfiled. You have a right to resubmit your papers along with the filing fee or affidavit to proceed in forma pauperis to Clerk's Office, U.S. District Court, Room 1225, 333 Constitution Ave., N.W. Washington, D.C. 20001.

**HOGAN, C.J. TFH**
_____
Chief Judge Thomas F. Hogan

*No summons for C. Harker presented?*

Date: *Feb. 1, 2008*