UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACKELINE MAYNARD, Mother and Next friend of D.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 08-0258 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWL OF COUNSEL

The Clerk of this Court will please withdraw the appearance of Olekanma A. Ekekwe as Counsel of record for Plaintiff, Jacqueline Maynard. Ms. Maynard obtained new Counsel. Plaintiff was advised of the posture of the case and given a copy of the latest order on the case.

Respectfully Submitted,
Law offices of Olekanma A. Ekekwe, PC

*/s/ Olekanma Ekekwe*
Olekanma A. Ekekwe, Esq.
Counsel for Plaintiffs
1001 Pennsylvania Avenue NW,
Suite 600
Washington, DC 20004
(202) 742-6694
info@olekanmalaw.com

### CERTIFICATE OF SERVICES

I HEREBY CERTIFY that on this 7th day of July, 2008, a copy of Counsel Withdrawal served by e-service on Counsel of record for Defendants and Jacqueline Maynard

*/s/ Olekanma Ekekwe*_____
Olekanma A. Ekekwe, Esq.